IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:16-MJ-299-DSC |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOANNE SNOW | ) | |
| | ) | |
| _____ | ) | |

This matter is before the Court on the Bill of Information filed on August 9, 2016.

Defendant proceeded to a bench trial on one count of Simple Assault within the Territorial Jurisdiction of the United States, in violation of 18 U.S.C. §§ 7, 113 and Title 49 U.S.C. §§ 46501, 46506. The Court received into evidence the stipulated facts (doc. 3) as well as the psychiatric evaluation and addendum submitted by Dr. Albert Drukteinis (doc. 4).

For the reasons stated in open Court, it is hereby ORDERED that:

(1) Defendant is adjudged NOT GUILTY by reason of insanity;

(2) Defendant's release would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect pursuant to 18 U.S.C. § 4243 (d) and (e);

(3) Defendant is no longer under a mental disease or defect and is ordered released from custody/supervision pursuant to 18 U.S.C. § 4243 (d) and (e);

(4) Defendant shall be discharged pursuant to 18 U.S.C. § 4243 (f)(1); and

(5) The Clerk of Court shall forward copies of this Order to all counsel of record.

**SO ORDERED**.

Signed: August 12, 2016

_____
David S. Cayer
United States Magistrate Judge